**2007–1076.   State v. Campbell.**

Hamilton App. No. C–060804. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007–1080.   State v. Abdussatar.**

Cuyahoga App. No. 86406, 2006-Ohio-803. On motion for leave to file delayed appeal. Motion denied.

**2007–1081.   State v. Grant.**

Cuyahoga App. No. 87556, 2007-Ohio-1460. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and O'DONNELL, JJ., dissent.

**2007–1096.   State v. Edgington.**

Ross App. No. 05CA2866, 2006-Ohio-3712. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**2007–1097.   State v. Walker.**

Cuyahoga App. No. 87677, 2006-Ohio-6188 and 2007-Ohio-2917. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

On motion to withdraw the motion for appointment of counsel and motion for court reporter to prepare the transcripts. Motion granted.

**2007–1101.   State v. Sharp.**

Cuyahoga App. No. 87709, 2006-Ohio-6413. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**2007–1119.   State v. Brito.**

Cuyahoga App. No. 88223, 2007-Ohio-1311. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and CUPP, JJ., dissent.

**2007–1129.   UBS Financial Servs., Inc. v. Levin.**

Board of Tax Appeals, No. 2003–T–1139. On motion for admission pro hac vice of Thomas J. Kenny by Edward J. Bernert. Motion granted.

**2007–1144.   U.S. Bank Natl. Assn. v. Gullotta.**

Stark App. No. 2006CA00145, 2007-Ohio-2085. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Judgment Entry file June 6, 2007:

"Whether or not each missed payment under a promissory note and mortgage yields a new claim such that any successive actions on the same note and mortgage involve different claims and are thus exempt from the 'two-dismissal rule' contained in Civ.R. 41(A)(1)."

LANZINGER and CUPP, JJ., dissent.

The conflict case is *EMC Mtge. Corp. v. Jenkins*, 164 Ohio App.3d 240, 2005-Ohio-5799.

**2007–1153.   State v. Kimble.**

Trumbull App. No. 2005–T–0085, 2006-Ohio-6096. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and CUPP, JJ., dissent.

**2007–1161.   State v. Weems.**

Cuyahoga App. No. 88040. On motion for leave to file delayed appeal. Motion denied.